| | |
|---|---|
| ADAM TORRES ET AL | Index #: 08 CIV 5660 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 30, 2008 at 12:00 PM at

1 POLICE PLAZA
NEW YORK, NY

deponent served the within true copy of the SUMMONS & COMPLAINT on THE CITY OF NEW YORK POLICE DEPARTMENT, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH LISA MOORE, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 27 | 5'5 | 200 |

Authorized to accept service by Legal Department

Sworn to me on: June 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 571154