

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MORGAN D. KUNZ
Assistant Corporation Counsel
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

August 6, 2008

**BY FACSIMILE: (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

　　Re:　Adam Torres, et. al. v. City of New York, et. al.
　　　　08 Civ. 05660 (PKC)

Your Honor:

　　　　I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and the New York City Police Department, in the above referenced matter, in which the Court previously granted defendants until September 19, 2008 to respond to the complaint. Defendants respectfully request that the initial conference currently scheduled for August 8, 2008 at 11:15 a.m. be adjourned until a date and time convenient for the Court after issue has joined so that defendants will have had an opportunity to properly investigate and respond to the complaint prior to the initial conference. This morning I attempted to contact plaintiffs' counsel for his consent to this request, but was informed that he was out office for the day. Previously, however, plaintiffs' counsel consented to an extension of time for defendants to answer the complaint on the condition that the answer be interposed 30 days before the initial conference.

　　　　I thank the Court for its time and consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Morgan Kunz

　　　　　　　　　　　　　　　　　　　　　　　Morgan D. Kunz
　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　　　　Special Federal Litigation Division

cc:　Arlen S. Yalkut, Esq., Attorney for Plaintiffs (By Fax)

*[Handwritten annotation: Conference adjourned from August 19, 2008 to September 19, 2008 at 8 to 9:00 a.m. SO ORDERED. P. Kevin Castel USDJ 8-6-08]*