# MEMO ENDORSED



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MORGAN D. KUNZ
*Assistant Corporation Counsel*
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

September 4, 2008

**BY FACSIMILE: (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    Adam Torres, et. al. v. City of New York, et. al.
            08 Civ. 05660 (PKC)

*[Handwritten endorsement: Conference adjourned from September 19 to October 3, 2008 at 2:45pm. SO ORDERED. P.K.C. USDJ 9-4-08]*

Your Honor:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York and the attorney assigned to the defense of the above referenced matter. Defendants City of New York and the New York City Police Department respectfully request that the initial conference currently scheduled for September 19, 2008 at 12:00 p.m. be adjourned until a date and time convenient for the Court. The undersigned is assigned to a trial scheduled to begin on September 22, 2008, before the Honorable Thomas P. Griesa in the Southern District of New York. The adjournment is being sought so that the undersigned may continue his preparation for that trial. Plaintiff's counsel consents to the adjournment.

        The Court previously granted defendants request that the initial conference be adjourned until after issued had joined, and scheduled the initial conference for September 19, 2008 at 12:00 p.m.

        Accordingly, defendants respectfully request that the Court adjourn the initial conference currently scheduled for September 19, 2008 at 12:00 p.m. until a date and time convenient for the Court after September 26, 2008. Should the Court grant this request, the

parties respectfully submit that they are available any time on October 6, 2008, and in the morning on October 10, 2008.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Morgan D. Kunz
Assistant Corporation Counsel
Special Federal Litigation

cc:   Arlen S. Yalkut, Esq. (By Fax)
      Attorney for Plaintiffs

2